464 A.2d 538

Commonwealth v. Williams, Appellant.

Petition for Allowance of Appeal
Denied Dec. 14, 1983.

Argued June 8, 1982. Gary R. Egoville, Assistant Public Defender, for appellant; J. William Ditter, III, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.

464 A.2d 538

Gibson, et al., Appellants v. Botti, et al.

Argued February 22, 1983. C. Gates, Jr., for appellants; Alfred C. Maiello, for appellees.

Before SPAETH, BROSKY and JOHNSON, JJ.

Order is affirmed.